UNITED STATES of America,

v.

Joseph DONATO, Appellant.

No. 16369.

United States Court of Appeals
Third Circuit.

Argued April 7, 1967.

Decided May 9, 1967.

Herman Bloom, Philadelphia, Pa. (Herbert Fisher, Bloom, Ocks & Fisher, Philadelphia, Pa., on the brief), for appellant.

Robert St. Leger Goggin, Asst. U. S. Atty., Philadelphia, Pa. (Drew J. T. O'Keefe, U. S. Atty., Harold S. O'Brian, Jr., Asst. U. S. Atty., Philadelphia, Pa., on the brief), for appellee.

Before McLAUGHLIN and GANEY, Circuit Judges, and NEALON, District Judge.

OPINION OF THE COURT

PER CURIAM.

On review of this record we find no error. The judgment of the District Court, 269 F.Supp. 921, will be affirmed upon the opinions of Judge Van Dusen therein.

Richard T. WEHRLE, Appellant,

v.

Mrs. Oren BROOKS, Appellee.

No. 10900.

United States Court of Appeals
Fourth Circuit.

Argued March 8, 1967.

Decided April 5, 1967.

Ernest S. DeLaney, Jr., and Samuel M. Millette, Charlotte, N. C. (Bradley, Gebhardt, DeLaney & Millette, Charlotte, N. C., on brief), for appellant.

Fred B. Helms, Charlotte, N. C. (Helms, Mulliss, McMillan & Johnston, Charlotte, N. C., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, BRYAN, Circuit Judge, and SIMONS, District Judge.

PER CURIAM:

The judgment is affirmed for the reasons stated in the opinion of the District Court. 269 F.Supp. 785.

See, also, Randleman v. Boeres, 93 Cal. App. 745, 270 P. 374 (1928); Thompson v. Taylor, 183 So.2d 16 (Fla.App. 1966); Nicholson v. Roop, 62 N.W.2d 473, 43 A.L.R.2d 1031 (N.D.1954).

Affirmed.